Charles N. Ash, appellant, v. Theo. B. Robertson Products Company et al., appellees. Gen. No. 37,711.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.

Robert L. Floyd and Lester E. Williams, for appellant. Arthur J. Goldberg and Challenger & Shapiro, for appellees; Arthur J. Goldberg and Joseph Randall Shapiro, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Mary Richardson, administratrix of the estate of Roberta Guyton, deceased, appellee, v. Metropolitan Funeral System Association, appellant. Gen. No. 37,720.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.

Edward H. Morris, for appellant. Vivian Wagner, for appellee; Daniel D. Carmell, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Alex Reinowski, appellee, v. Guy A Richardson, as receiver of Chicago Railways Company, etc., et al., appellants. Gen. No. 37,745.

Opinion filed March 29, 1935.

Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel. Greenfield & Reiff and Charles C. Spencer, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

David Lipman, appellant, v. Arthur V. Goebel and Edward Schatz, appellees. Gen. No. 37,361.

Opinion filed March 29, 1935.

John B. King and B. B. Chodash, for appellant. Theodore Sharp and James B. McKeon, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.